**UNITED STATES COURT OF INTERNATIONAL TRADE**                     FORM 24

| | |
|---|---|
| MARMEN INC., MARMEN ÉNERGIE INC., MARMEN ENERGY CO., <br><br>        Plaintiffs,<br><br>and<br><br>WIND TOWER TRADE COALIATION,<br><br>        Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>        Defendant,<br><br>WIND TOWER TRADE COALIATION,<br><br>        Defendant-Intervenor,<br><br>and<br><br>MARMEN INC., MARMEN ÉNERGIE INC., MARMEN ENERGY CO.,<br><br>        Defendant-Intervenors. | Consolidated Court No. 20-00169 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

      Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

      The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

      Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from using instructions to liquidate or making or permitting liquidation of any unliquidated entries of ___Utility Scale Wind Towers___ from Canada_____ ;

(1) That were: (Add additional lines as needed)

☐ produced by [Company Name]

☐ exported by [Company Name]

☐ produced by [Company Name] and

  exported by [Company Name]

☒ produced and exported by Marmen Inc. or Marmen Énergie Inc.

☐ produced and/or exported by [Company Name] and

  imported by [Company Name]

(2) That were the subject of the United States Department of Commerce's final determination in _____Utility Scale Wind Towers from Canada, 85 Fed. Reg. 40239 (Dep't Commerce July 6, 2020) (please see Attachment: Explanation of Good Cause)_____ ;

(3) That were entered, or withdrawn from warehouse, for consumption, during the periods __February 14, 2020_____ through _____August 11, 2020_____ and August 25, 2020_____ through _____July 31, 2021_____ ;

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed by before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: 9/22/2021
New York, New York

/s/ Jennifer Choe-Groves
Judge