IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MARMEN INC., *et al.*, )<br><br>Plaintiffs, )<br><br>and )<br><br>WIND TOWER TRADE COALITION, )<br><br>Consolidated Plaintiff, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant, )<br><br>and )<br><br>WIND TOWER TRADE COALITION, *et al.*, )<br><br>Defendant-Intervenors. ) | Consol. Court No. 20-00169 |

## **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, the United States, respectfully provides this notice of supplemental authority concerning this Court's recent decision in *Stupp Corporation v. United States*, Slip Op. No. 23-023, Case No. 15-0334, 2023 WL 2206548 (Ct. Int'l Trade February 24, 2023).  The attached *Stupp* decision, particularly pages *5 to *10, addresses arguments that "Commerce's application of Cohen's *d* test is flawed because it fails to take into account assumptions of sample size, distribution, and variance underlying the test." *Id.* at *5.  The plaintiffs in this case raise similar arguments.  *See* Marmen Remand Br. 16-26.  In *Stupp*, the Court concluded that "Commerce has adequately explained how its methodology is reasonable."  2023 WL 2206548, at *10.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:                                    /s/ Joshua E. Kurland
                                               JOSHUA E. KURLAND
JESUS N. SAENZ                                 Senior Trial Counsel
Attorney                                       U.S. Department of Justice
Office of the Chief Counsel                    Civil Division
for Trade Enforcement and Compliance           Commercial Litigation Branch
U.S. Department of Commerce                    P.O. Box 480
Washington, D.C.                               Ben Franklin Station
                                               Washington, D.C. 20044
                                               Telephone: (202) 616-0477
                                               E-mail: Joshua.E.Kurland@usdoj.gov

March 16, 2023                                 *Attorneys for Defendant United States*