# United States Court of Appeals for the Federal Circuit

---

**MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, WIND TOWER TRADE COALITION,**

*Defendants-Appellees*

---

2023-1877

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00169-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 22, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 13, 2025
Date

Jarrett B. Perlow
Clerk of Court