UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

January 30, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:   Redetermination Pursuant to Court Remand Order in
       *Marmen Inc., et al. v. United States*, Court No. 20-00169

Dear Ms. Justice:

     Pursuant to the Court's orders of June 17, 2025, and December 10, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

     In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 482-0131.

                                   Respectfully submitted,

                                   /s Ruslan Klafehn
                                   Ruslan Klafehn
                                   Attorney
                                   Office of the Chief Counsel
                                       for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
January 30, 2026
Page 2

cc:

**Douglas Glenn Edelschick**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 353-9303
Fax: (202) 353-7988
Email: douglas.edelschick@usdoj.gov

**Jay Charles Campbell**
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3632
Fax: (202) 639-9355
Email: jcampbell@whitecase.com

**Alan Hayden Price**
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
Fax: (202) 719-7049
Email: aprice@wiley.law