UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **MARMEN INC., MARMEN ÉNERGIE INC., and MARMEN ENERGY CO.,**<br><br>**Plaintiffs,**<br><br>**and**<br><br>**WIND TOWER TRADE COALITION,**<br><br>**Consolidated Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**WIND TOWER TRADE COALITION, MARMEN INC., MARMEN ÉNERGIE INC., and MARMEN ENERGY CO.,**<br><br>**Defendant-Intervenors.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Consol. Court No. 20-00169** |

**JUDGMENT**

This case having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's final determination in Utility Scale Wind Towers from Canada, 85 Fed. Reg. 40,239 (Dep't of Commerce July 6, 2020) (final determination of sales at less than fair value and final negative determination of critical circumstances; 2018–2019), as amended, Final Results of Redetermination Pursuant to Court Remand, ECF No. 62-1, Final Results of Redetermination Pursuant to Court Remand, ECF No. 101-1, are sustained; and it is further

**ORDERED** that judgment is entered for Defendant United States.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: June 15, 2026
New York, New York