**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| MARMEN INC., MARMEN ÉNERGIE INC., MARMEN ENERGY CO.,<br>Plaintiffs,<br><br>WIND TOWER TRADE COALITION,<br>Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant,<br><br>and<br><br>WIND TOWER TRADE COALITION, MARMEN INC., MARMEN ÉNERGIE INC., MARMEN ENERGY CO.,<br>Defendant-Intervenors. | Consolidated Court No. 20-00169 |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Marmen Inc., Marmen Énergie Inc., and Marmen Energy Co. hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on June 15, 2026.

Respectfully submitted,

WHITE AND CASE LLP

/s/ Jay C. Campbell

Jay C. Campbell
Allison J.G. Kepkay
Cristina M. Cornejo
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

August 14, 2026

Counsel to Plaintiffs Marmen Inc., Marmen Énergie Inc., and Marmen Energy Co.

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 14th day of August 2026, "PLAINTIFFS' NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jay C. Campbell
Jay C. Campbell